FILED
LORAIN COUNTY

2022 FEB 24 A 9:31

COURT OF COMMON PLEAS
TOM ORLANDO

**EXHIBIT A**

IN THE COURT OF COMMON PLEAS
LORAIN COUNTY, OHIO

22CV205298

| | |
|---|---|
| Garon F. Petty<br>3728 Ivanhoe Dr.<br>Lorain, OH 44053<br>and<br><br>Jeanne Petty<br>3728 Ivanhoe Dr.<br>Lorain, OH 44053<br><br>  Plaintiff,<br>vs.<br><br>Mary Springowski<br>200 West Erie Ave.<br>Lorain, Ohio 44052<br>and<br><br>Cory Shawver<br>200 West Erie Ave.<br>Lorain, Ohio 44052<br>and<br><br>Joshua Thornsberry<br>200 West Erie Ave.<br>Lorain, Ohio 44052<br>and<br><br>City of Lorain, Ohio<br>c/o Hon. Jack Bradley, Mayor<br>7th Floor Lorain City Hall<br>200 West Erie Ave.<br>Lorain, Ohio 44052<br><br>  Defendants. | Case No. JUDGE D. CHRIS COOK<br><br>Judge: _____<br><br>Magistrate: _____<br><br>**Plaintiffs' Complaint**<br><br>(Jury Demand Endorsed Hereon) |

1

## Introduction

1. Now comes Plaintiffs, Garon F. Petty and Jeanne Petty, who files this Complaint seeking to prevent further injury and damage to the reputation of Plaintiff Garon F. Petty by defendants and to end the Constitutional violations being committed against him as described below.

2. Defendants by their misconduct as described within this case must be instructed and schooled upon "[o]ne of the perogatives of American citizenship is the right to criticize public men and measures – and that means not only informed and responsible criticism but the freedom to speekfoolishly and without moderation." Cohen, 403 U.S. at 26 (quoting Baumgartner v. United States, 322 U.S. 665, 673-74 (1944)).

## First Claim

3. On 2/16/2022 and over the past year Defendants Mary Springowski, Cory Shawver, and Joshua Thornsberry have acted against and maliciously spoke against the plaintiff Garon F. Petty accusing him of various crimes and suggestions of voyeurism, harassment, being unhinged and having an unhealthy obsession with Mary Springowski, and in declaring he be investigated for violating criminal statutes, engaging in various criminal behaviors, and their deliberately using false and defamatory words and innuendo amongst the community, social media, and Council: Defendants have accused plaintiff Garon F. Petty without factual basis of violating R.C. Sections 2917.21, 2903.21, 2903.211, stalking women, being dangerous to their personal safety, claiming his criminal offensive behavior has been witnessed at council meetings and has been seen on social media.

4. Defendants goals by this campaign of slander and the culmination of defamation of such falsely claimed concerning behavior as promoted by defendants in their behaviors was to deprive

2

deprive plaintiff Garon F. Petty of his First Amendment Rights of Freedom of Speech and his associated Rights under Article I of the Bill of Rights of the Ohio Constitution.

5. Defendants' object in their defamation and degradation of plaintiff is to shield their wrongdoing as public officials whom have been identified by plaintiff as having culpability for illegal wrongdoing at Lorain City Hall involving public corruption and to prevent his right to petition government for the redress of grievances.

6. Defendants Mary Springowski, along with her fellow defendants Cory Shawver and Joshua Thornsberry, are under political pressure due to their past votes and political behaviors being pointed out by plaintiff Garon F. Petty in matters involving: Charter Ordinance violation, public records requests, Council Meeting Decorum Issues, and other matters of record.

7. No right to prevent a citizen "watch dog" of the People exists for a sitting politician to slander or defame him in an effort to "tar and feather" him and bastardize him with the filth of their False, Fake, and Fabricated accusations (outside the floor of their council chambers) in order create a distraction to shelter themselves from the spotlight being focused upon them for their wrongdoing and corruption.

8. No distractions can you create as an excuse to take away your culpability for your intentional criminal dissemination of all police officer personal information Defendant Springowski and justify the malicious and wicked defamation of plaintiff.

9. Conspiring defendants seeking to deflect the attention to others from their direct and personal culpability for the Facebook Post of the Lorain employee data and their role in passage of the Charter Ordinance No. 115-21 that contained the sabotage poison pill as is the subject of Lorain County Common Pleas Court Case No. 21CV204977 pending before Judge James Miraldi is understandable.

10. Cory Shaver being a dutiful Son is seeking to deflect the investigation into his ethics by the Ohio Ethics Commission into his behaviors in voting on his Mother's legislation for time recording payroll devices despite the obvious conflict of interest and her liability with defendant Springowski for the negligent and/or intentional dissemination of all Lorain city employee, including police officer personal information and troubles with his own domestic violence [beating on his own wife and calling women foul names requiring new rules in Lorain City Council]; All of which Plaintiff Garon F. Petty is strongly being vocal about to every citizen that will listen to ensure that Citizens are properly respected and protected, permitted to be engaged in their local government, and for the protection from Identity Theft of all Safety Forces and City Employees.

11. The Defamation of plaintiff Garon F. Petty and deflections about plaintiff's character and his slander have been created by defendants not only to harm plaintiff Garon F. Petty but to serve the dual political motive of creating a distraction to keep attention from being focused upon defendants' untoward behaviors.

12. The defendants malicious statements and libel to defame, slander and libel the plaintiff Garon F. Petty is one that must be corrected and declared as it represents tortious misconduct and depravation of civil rights First Amendment Rights by public officials engaged in state sponsored conduct seeking to destroy the plaintiff Garon F. Petty and give relevance to three political operatives who have accomplished illegalities of their own yet have conspired together to deflect from themselves a truthful spotlight of focused culpability for their misconduct in an attempt to damage and destroy a spirited and righteous patriotic soul by the evils of their dark malicious scheme to damage plaintiffs reputations of honesty and integrity.

13. The words so maliciously spoken and written by defendants Mary Springowski, Cory Shawver, and Joshua Thornsberry of plaintiff Garon F. Petty were false and defamatory.

4

14. The purpose and intent in maliciously accusing plaintiff Garon F. Petty of (criminal behavior) and the speaking of such defamatory words were to impair, damage, and negatively impact upon and interfere with plaintiff Garon F. Petty's relationships existing and prospectively with fellow political activists, impair his friendships, standing, relationships, associations, in society and to destroy his reputation for and prevent his attainment of Constitutional freedoms available to him under law.

15. By reason of such words having been spoken of and concerning the plaintiff, plaintiff Garon F. Petty was injured in his reputation and has suffered great pain and mental anguish, to his damage in the sum of $17,000,000.00

## Second Claim

### Violation of The First Amendment and Sections 3. and 11. of Article I of the Ohio Constitution.

1. Plaintiffs incorporate by reference the foregoing allegations as set forth previously above in this complaint as if fully rewritten herein.

2. Plaintiff Garon F. Petty has at all relevant times sought to exercise good citizenship participation in local government and to utilize skillfully his Rights under the First Amendment to the Constitution of the United States of America and Article I: Bill of Rights *Inalienable Rights*. of the Citizens of Ohio as described and set forth within Ohio Constitution Section 3 *Right to Assemble* [... to instruct their Representatives; and to petition ...for redress of grievances.], Ohio Constitution Section 11 Freedom of Speech; ...[Every citizen may freely speak, write, and publish his sentiments on all subjects, being responsible for the abuse of the right; and no law shall be passed to restrain or abridge the liberty of speech, ... ."], all rights protected by Article I of the Ohio Constitution, all for the betterment of local government.

3. Over the past year Defendants Mary Springowski, Cory Shawver, and Joshua Thornsberry have refused to answer public records requests for documents they authored concerning Ordinance 115-21 asking for clarification on the this ordinance and its legality.

4. Over the past year Defendants Mary Springowski, Cory Shawver, and Joshua Thornsberry have blocked him from engaging in public forum debate on public websites (censorship from Lorain Council City Webpages); plaintiff Garon F. Petty was blocked from engaging in his own local government, political debate forum, and from communicating on political issues, especially during the Covid lock down of city council and its public meetings by this censorship.

5. Over the past year Defendants Mary Springowski, Cory Shawver, and Joshua Thornsberry have defamed plaintiff Garon F. Petty for making public records requests acusing him of various criminal acts and conduct.

6. Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry and The City of Lorain, Ohio and its agents by their respective conduct have violated Plaintiff's constitutionally protected Rights under the First Amendment to the Constitution of the United States of America and Sections 3. And 11. of Article I, Bill of Rights of the Ohio Constitution.

7. Plaintiff Garon F. Petty as a direct and proximate result of the unconstitutional behaviors of Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry and The City of Lorain, Ohio, its agents in violating plaintiff's constitutionally protected Rights under the First Amendment to the Constitution of the United States of America and Sections 3. and 11. of Article I, Bill of Rights of the Ohio Constitution has been damaged by such behaviors, actions, and conduct.

8. Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry and The City of Lorain, Ohio, and its agents have retaliated against Plaintiff Garon F. Petty for his exercise of his constitutionally protected Rights under the First Amendment to the Constitution of the United States of America and Sections 3. and 11. of Article I, Bill of Rights of the Ohio Constitution.

6

9. By reason of such threatened retaliations made against him by defendants Mary Springowski, Cory Shawver, Joshua Thornsberry and The City of Lorain, Ohio, the Plaintiff Garon F. Petty is being slandered, libeled, and defamed, being wrongfully declared to be a criminal, an unstable menacing stalker who harasses representatives of Lorain City Council.

10. Plaintiff Garon F. Petty is being threatened with criminal investigations, the loss of his Freedoms and Liberty and his Rights guaranteed to him under the First Amendment to the Constitution of the United States of America and Article I: Bill of Rights *Inalienable Rights*. of the Citizens of Ohio as described and set forth within Ohio Constitution Section 3 *Right to Assemble* [… to instruct their Representatives; and to petition …for redress of grievances.], Ohio Constitution Section 11 Freedom of Speech; …[Every citizen may freely speak, write, and publish his sentiments on all subjects, being responsible for the abuse of the right; and no law shall be passed to restrain or abridge the liberty of speech, … ."], all rights protected by Article I of the Ohio Constitution.

11. Plaintiff Garon F. Petty suffered an adverse action likely to chill a person of ordinary firmness from continuing to engage in protected speech. These adverse actions are described below:

    - Alienation from Lorain City Council and participation therein;
    - Alienation from the Community (loss of reputation and standing in the Community)
    - Threatened prosecution and loss of freedom and liberty for the exercise of First Amendment to the Constitution of the United States of America and Sections 3. and 11. of Article I, Bill of Rights of the Ohio Constitution.

12. The protected speech of plaintiff Garon F. Petty which he engaged in was a substantial or motivating factor in the decision to take the adverse action against him.

### Third Claim
### Violation of Section 42 U.S.C. §1983

13. Plaintiffs incorporate by reference the foregoing allegations as set forth previously above in this complaint as if fully rewritten herein.

7

14. **42 U.S.C. § 1983. Civil action for deprivation of rights**

    Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,…". [edited/condensed] 42 U.S.C. § 1983.

15. Unknown agents of the defendant City of Lorain, Ohio, possibly including other members of the City of Lorain City Council and the City of Lorain City Administration hereinafter yet identified, hereinafter identified as defendant "Unconstitutional Actor(s)" have under color of law caused plaintiff Garon F. Petty to be subjected to the loss and deprivation of his rights, privileges, or immunities secured by the Constitution and laws as described in this complaint.

16. Plaintiff Garon F. Petty as a direct and proximate result of the unconstitutional behaviors of Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry, and the City of Lorain, Ohio and such other currently unknown agents and/or officers and/or officials of the defendant City of Lorain, Ohio has been damaged by such unconstitutional or tortious and illegal behaviors, actions, and conduct toward plaintiff.

### Fourth Claim
### Loss of Consortium

1. Plaintiffs incorporate by reference the foregoing allegations as set forth previously above in this complaint as if fully rewritten herein.

2. Plaintiff Jeanne Petty, wife of Plaintiff Garon F. Petty, sustained a loss of consortium due to the injuries sustained by her husband being subjected to the illegal conduct complained about in this complaint and having his Civil Rights maligned by defendants; Consortium includes services, society, companionship, comfort, (sexual relations), love, and solace.

3. Defendants by their conduct did breach legal duties owing to plaintiffs and this breach did proximately cause violate Plaintiff Garon F. Petty civil rights and cause him injury and damages. As a direct and proximate cause of such injuries to Plaintiff Garon F. Petty, Plaintiff Jeanne Petty

8

suffered and sustained injuries and damages as a result of the defendant's illegal behaviors and malicious misconduct and defamation and civil rights depravations of her husband Garon F. Petty.

**Wherefore,** Plaintiff Jeanne Petty prays for judgment against Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry, and the City of Lorain, Ohio for an amount in excess of $25,000.00, all litigation costs, and for such other and further relief as this Court deems proper.

**Wherefore,** Plaintiff Garon F. Petty and Jeanne Petty demands judgment against Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry, and the City of Lorain, Ohio and respectfully prays that this Court:

A. Issue a declaratory judgment that the acts, policies, customs, practices, applicable ordinances, and procedures of defendant being used against the plaintiffs and plaintiffs' property in this matter violate and continues to violate the plaintiffs' constitutional and statutory rights as guaranteed by the First and Fourteenth Amendment to the Constitution of the United States of America, Sections 3. and 11. of Article I, Bill of Rights of the Ohio Constitution, and Ohio statutory law R.C. Section 149.43 Transparency in Government, R.C.121.22 Sunshine Law.

B. Order that the plaintiff Garon F. Petty be granted compensatory damages against Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry jointly and severally in the sum of $17,000,000.00 for their malicious behaviors and their conspiracy to slander and defame him and deprive him of his civil rights as complained of in the complaint.

C. Order each defendant to cease their unconstitutional behaviors toward City of Lorain Citizens, First Amendment Rights to Petition their Local Government without intimidation and the threat of criminal investigation and prosecution for engaging in FREE SPEECH and public record requests.

D. Order that the plaintiff Garon F. Petty be granted punitive damages against Defendants Mary Springowski, Cory Shawver, Joshua Thornsberry jointly and severally in the sum of $17,000,000.00 to punish them for their malicious behaviors and their conspiracy to slander and defame him and deprive him of his civil rights as complained of in the complaint.

E. Grant such further relief as the Court may deem proper, including all other relief to which the plaintiffs may be justly and properly entitled, and including further all litigation costs, expert fees, an award of their attorney's fees under 42. U.S.C. § 1988 and for all such other

and further relief as this Court deems proper.

>Robert J. Gargasz Co., L.P.A.
>
>By: /s/ Robert J. Gargasz
>Robert J. Gargasz, Esq. (0007136)
>Attorney for Plaintiffs
>1670-C Cooper Foster Park Road
>Lorain, OH 44053
>(440) 960-1670 / fax (440) 960-1754
>email: rjgargasz@gmail.com

### Jury Demand

Plaintiffs hereby demands a trial by jury on all issues so triable.

>Robert J. Gargasz Co., L.P.A.
>
>By: /s/ Robert J. Gargasz
>Robert J. Gargasz, Esq. (0007136)
>Attorney for Plaintiffs
>1670-C Cooper Foster Park Road
>Lorain, OH 44053
>(440) 960-1670 / fax (440) 960-1754
>email: rjgargasz@gmail.com

State of Ohio/ Lorain County ss:  **VERIFICATION**

Garon F. Petty, first being duly sworn, deposes and says that the allegations contained in the above Complaint are true as he verily believes.

*Garon F. Petty*
Garon F. Petty

Sworn to before me and subscribed in my presence this **23** day of **Feb**, 2022.

*Kathryn M. Gargasz*
Notary Public

KATHRYN M. GARGASZ
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 6/ 3/23

10

**Please serve Defendant, City of Lorain, Ohio by issuing a summons, together with a copy of this Complaint by certified mail, return receipt,** to the Defendants: City of Lorain, Ohio c/o Hon. Jack Bradley, Mayor, City of Lorain, Ohio c/o Law Director, Patrick D. Riley, Esq., Mary Springowski, Cory Shawver, and Joshua Thornsberry at their respective addresses shown below:

City of Lorain, Ohio
c/o Hon. Jack Bradley, Mayor
7th Floor Lorain City Hall
200 West Erie Ave., Lorain, Ohio 44052

City of Lorain, Ohio
c/o Patrick D. Riley, Esq.
Lorain City Law Director
3rd Floor Lorain City Hall
200 West Erie Ave., Lorain, Ohio 44052

Mary Springowski
200 West Erie Ave., Lorain, Ohio 44052

Cory Shawver
200 West Erie Ave., Lorain, Ohio 44052

Joshua Thornsberry
200 West Erie Ave., Lorain, Ohio 44052

*If certified mail is returned* to the post office marked "unclaimed" or "refused", *then please reissue service of summons* to the aforementioned Defendant *by ordinary mail* in accordance with Civil Rule 4.(C) or 4.6(D).

_/s/ Robert J. Gargasz_
Robert J. Gargasz (0007136)
Robert J. Gargasz Co. LPA
1670 Cooper Foster Park Road
Lorain, Ohio 44053
(440) 960-1670
(440) 960-1754 (Fax)
rjgargasz@gmail.com
Attorney for Plaintiffs

**Office of**
# TOM ORLANDO
**Lorain County Clerk of Court of Common Pleas**
Lorain County Justice Center, 225 Court St., 1st Floor, Elyria, OH 44035

## Public Docket Information

**GARON F PETTY V/S MARY SPRINGOWSKI**  Case Number: **22CV205298**

### Case Details

| | |
|---|---|
| Type Of Action: | Other Civil-CV |
| Judge: | Cook, Judge D. Chris |
| Filed On: | 2/24/2022 |

### Parties

| Name | Birth Date | Party | Address | Attorney(s) |
|---|---|---|---|---|
| PETTY, GARON F | N/A | P | 3728 IVANHOE DR LORAIN, OHIO 44053 | GARGASZ, ROBERT J. ROBERT J GARGASZ CO LPA 1670 COOPER FOSTER PARK RD LORAIN, OHIO 44053 |
| PETTY, JEANNE | N/A | P | 3728 IVANHOE DR LORAIN, OHIO 44053 | GARGASZ, ROBERT J. ROBERT J GARGASZ CO LPA 1670 COOPER FOSTER PARK RD LORAIN, OHIO 44053 |
| SPRINGOWSKI, MARY | N/A | D | 200 WEST ERIE AVE LORAIN, OHIO 44052 | |
| SHAWVER, CORY | N/A | D | 200 WEST ERIE AVE LORAIN, OHIO 44052 | |
| THORNSBERRY, JOSHUA | N/A | D | 200 WEST ERIE AVE LORAIN, OHIO 44052 | |
| CITY OF LORAIN, OHIO | N/A | D | , | |

### Filter Docket

☐ Show All      ☐ FILING

[Filter]

| Date | Type | Description |
|---|---|---|
| 02/24/2022 | N/A | Filing fee of $300.00, paid by: ROBERT J GARGASZ CO LPA |
| 02/24/2022 | N/A | Receipt #: 22-0004099 Processed. |
| 02/24/2022 | FILING | COMPLAINT W/JURY DEMAND FILED. |
| 02/24/2022 | N/A | SUMMONS W/COPY OF COMPLAINT SENT CERTIFIED MAIL TO: MARY SPRINGOWSKI ARTICLE #94147266990421898830626 |
| 02/24/2022 | N/A | SUMMONS W/COPY OF COMPLAINT SENT CERTIFIED MAIL TO: CORY SHAWVER ARTICLE #94147266990421898830619 |
| 02/24/2022 | N/A | SUMMONS W/COPY OF COMPLAINT SENT CERTIFIED MAIL TO: JOSHUA THORNSBERRY ARTICLE #94147266990421898830602 |
| 02/24/2022 | N/A | SUMMONS W/COPY OF COMPLAINT SENT CERTIFIED MAIL TO: CITY OF |

| | | |
|---|---|---|
| | | LORAIN, OHIO ARTICLE #9414726699042189830596 |
| 03/03/2022 | N/A | Certified Mail Return : Article # : 9414726699042189830626, Delivered Date : 02/28/2022, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : MARY SPRINGOWSKI, Note : |
| 03/03/2022 | N/A | Certified Mail Return : Article # : 9414726699042189830596, Delivered Date : 02/28/2022, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : CITY OF LORAIN, OHIO, Note : |
| 03/03/2022 | N/A | Certified Mail Return : Article # : 9414726699042189830619, Delivered Date : 02/28/2022, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : CORY SHAWVER, Note : |
| 03/03/2022 | N/A | Certified Mail Return : Article # : 9414726699042189830602, Delivered Date : 02/28/2022, Reason : Signed Receipt for Certified Mail Returned and Filed., Party : JOSHUA THORNSBERRY, Note : |

1

**Print Docket**  **Close**