IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GARON F. PETTY, ET AL.<br><br>Plaintiffs<br><br>vs.<br><br>MARY SPRINGOWSKI, ET AL.<br><br>Defendants | CASE NO. 1:22-cv-00458-WHB<br><br>MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR.<br><br>**NOTICE TO TAKE DEPOSITION OF GARON F. PETTY** |

\* \* \* \*

Please take notice that on Thursday, the 8th day of September, 2022, at 9:00 a.m., the above-named Defendants, Mary Springowski, Cory Shawver and Joshua Thornsberry, by and through counsel, will take the deposition of Plaintiff, Garon F. Petty, upon oral examination as upon cross-examination, before a Notary Public or before some other officer authorized by law to administer oaths. Said deposition will be taken at the law offices of Wickens Herzer Panza, 35765 Chester Road, Avon, Ohio, and will continue from day-to-day until completed.

You are invited to attend and examine the witness.

        Respectfully submitted,

        */s/ Richard D. Panza*
        Richard D. Panza (No. 0011487)
        E-mail RPanza@WickensLaw.com
        Matthew W. Nakon (No. 0040497)
        E-mail MNakon@WickensLaw.com
        Malorie A. Alverson (No. 0089279)
        E-mail MAlverson@WickensLaw.com
        Docket E-mail Docket@WickensLaw.com
        WICKENS HERZER PANZA
        35765 Chester Road
        Avon, OH 44011-1262
        (440) 695-8000 (Main)
        (440) 695-8098 (Fax)

        ATTORNEYS FOR DEFENDANTS, MARY SPRINGOWSKI, CORY SHAWVER AND JOSHUA THORNSBERRY

        AND

        Patrick D. Riley, Esq.
        Joseph T. Laveck, Esq.
        CITY OF LORAIN
        200 West Erie Avenue, 3rd Floor
        Lorain, OH 44052-1600
        E-Mail: lavecklaw@gmail.com

        ATTORNEYS FOR DEFENDANT, CITY OF LORAIN

## **PROOF OF SERVICE**

    This is to certify that a copy of the foregoing Notice to Take Deposition of Garon F. Petty has been sent via the Court's electronic filing system, on this 10th day of August, 2022, to:

Robert J. Gargasz, Esq.
Robert J. Gargasz Co., L.P.A.
1670 Cooper Foster Park Road
Lorain, OH 44053-3658
E-mail: rjgargasz@gmail.com

                */s/ Richard D. Panza*
                Richard D. Panza
                Matthew W. Nakon
                Malorie A. Alverson