IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF OHIO
EASTERN DIVISION

Garon Petty, et al.              Case No.: 1:22-CV-00458

         Plaintiffs,           Judge Christopher A. Boyko

vs.                                  Magistrate Judge Jennifer Dowell Armstrong

                               **STIPULATION OF DISMISSAL**

Mary Springowski, et al.

         Defendants.

We the undersigned hereby stipulate to the dismissal of all remaining claims (subsequent to Magistrate's decision) pending in the above captioned action pursuant to Rule 41 of Civil Procedure.

/s/ Robert J. Gargasz                         /s/ Richard D. Panza
Robert J. Gargasz, Esq. (0007136)        Richard D. Panza, Esq. (0011487)
rjgargasz@gmail.com                         rpanza@wickenslaw.com
Attorney for the Plaintiffs                     Attorney for the Defendants

                                                   /s/ Patrick D. Riley

                                                   Patrick D. Riley, Esq. (0006642)
                                                   partick_riley@cityoflorain.org
                                                   Attorney for the Defendants

**Proof of Service**

A true copy of this Notice of Dismissal has been sent by email this 7th day of October, 2022 to:

Richard D. Panza, Esq.                 Matthew W. Nakon, Esq.
rpanza@wickenslaw.com              mnakon@wickenslaw.com

Malorie A. Alverson, Esq.             Joseph T. LaVeck, Esq.
malverson@wickenslaw.com          joseph_laveck@cityoflorain.org

Patrick D. Riley, Esq.
patrick_riley@cityoflorain.org

                                                   /s/ Robert J. Gargasz
                                                   Robert J. Gargasz, Esq. (0007136)
                                                   Attorney for Plaintiffs