IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF OHIO
EASTERN DIVISION

Garon Petty, et al.                             Case No.: 1:22-CV-00458

          Plaintiffs,                     Judge Christopher A. Boyko
vs.                                             Magistrate Judge Jennifer Dowell Armstrong

                          STIPULATION OF DISMISSAL

Mary Springowski, et al.

          Defendants.

We the undersigned hereby stipulate to the dismissal of all remaining claims (subsequent to Magistrate's decision) pending in the above captioned action pursuant to Rule 41 of Civil Procedure.

/s/ Robert J. Gargasz                           /s/ Richard D. Panza
Robert J. Gargasz, Esq. (0007136)               Richard D. Panza, Esq. (0011487)
rjgargasz@gmail.com                             rpanza@wickenslaw.com
Attorney for the Plaintiffs                     Attorney for the Defendants

                                      /s/ Patrick D. Riley

                                      Patrick D. Riley, Esq. (0006642)
                                      partick_riley@cityoflorain.org
                                      Attorney for the Defendants

**Proof of Service**

A true copy of this Notice of Dismissal has been sent by email this 7th day of October, 2022 to:

Richard D. Panza, Esq.                          Matthew W. Nakon, Esq.
rpanza@wickenslaw.com                           mnakon@wickenslaw.com

Malorie A. Alverson, Esq.                       Joseph T. LaVeck, Esq.
malverson@wickenslaw.com                        joseph_laveck@cityoflorain.org

Patrick D. Riley, Esq.
patrick_riley@cityoflorain.org

                                        /s/ Robert J. Gargasz
                                      Robert J. Gargasz, Esq. (0007136)
                                      Attorney for Plaintiffs

Date: 10/7/2022                                 Approved by: s/Jennifer Dowdell Armstrong
                                                    Jennifer Dowdell Armstrong
                                                    United States Magistrate Judge